UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD REYNAGA (ESTATE OF),

        NO. CIV. S-02-1221 LKK/JFM

    Plaintiff,

  v.                            O R D E R

TERESA ROCHA, et al.,

    Defendants.
                                   /

A Status Conference is set for June 13, 2005 in the above-captioned case.  The court is in receipt of the parties' joint status report.  The parties request an additional four months to continue settlement negotiations and that the court continue the Status Conference.

////

////

////

////

////

1

1    Accordingly, the June 13, 2005 Status Conference is
2 CONTINUED to October 11, 2005 at 1:30 p.m.[1]
3    IT IS SO ORDERED.
4    DATED: June 13, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

---

[1] Having already granted one request to continue the Status Conference and vacate all trial and pre-trial dates on September 22, 2004, the court admonishes the parties that it will not look favorably upon any future requests to continue court dates.

2