1  BILL LOCKYER, Attorney General
   of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Acting Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  DAVID A. CARRASCO, SBN 160460
   Deputy Attorney General
6     1300 I Street, Suite 125
      P.O. Box 944255
7     Sacramento, CA 94244-2550
      Telephone: (916) 323-1938
8     Fax: (916) 324-5205
      E-mail:  David.Carrasco@doj.ca.gov
9
   Attorneys for Defendants
10 Adams, Alameida, Baillie, Blankenship, Delong, Givich,
   Gullion, Johnson, Rocha, Runnels, Stephens, Tristan, and Wilbur
11 SA2002100191

12              UNITED STATES DISTRICT COURT

13             EASTERN DISTRICT OF CALIFORNIA

14                 SACRAMENTO DIVISION

15

16 ESTATE OF REYNAGA, et al.,          Case No. CIV-S-02-1221 LKK KLM

17                        Plaintiff,   **ORDER EXTENDING TIME RE**
                                       **DISPOSAL DOCUMENTS**
18          v.

19 TERESA ROCHA, et al.,

20                        Defendants.

21          Having read the stipulation of the parties for an extension of time to file

22 dispositional documents, and good cause appearing therefor, it is ordered that the parties shall

23 have an additional 30 days, until January 5, 2006, to file the dispositional documents.

24 Dated:  December 6, 2005

25                                      /s/Lawrence K. Karlton
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
26

27

28

─────────────────────────────────────────────

              **ORDER EXTENDING TIME RE DISPOSAL DOCUMENTS**
                               1